# Auguſt Term

## VIII Geo. 3.

---

Chief Juſtice's Charge to the Grand Jury.

GENTLEMEN of the Grand Jury: I have frequently in this Place *freely* given my Sentiments upon ſuch Subjects as I thought of the higheſt Importance to Society. The Nature of Government in general, and the particular Form of it, in this Province, I have pointed out to Grand Juries, in the Courſe of my Charges to them, at the Opening of the Courts. This, I am ſenſible, has been done in an imperfect Manner: — but it was in the beſt Manner I was capable of.

I obſerve, Gentlemen, many among you, who are well acquainted with the Nature of your Duty, and what belongs to yᵉ Buſineſs of a Grand Jury: — I ſhall therefore content myſelf with one or two Obſervations on the Conſtitution of this Court.

The

The Conſtitution of this Court is ſet forth in your Charter; (1) and by this Charter we are diſtinguiſhed from moſt of the Provinces on the Continent. And, beyond Diſpute, we are favoured more, in this Reſpeċt, than any People on the Continent.

The King is, in our Laws, called the Fountain of all Juſtice : — and, at Home, the Judges are appointed direċtly by the King, and hold their Commiſſions during their good Behaviour. The Commiſſions of the Judges of this Court are, it is true, during Pleaſure (2) ; — but when we conſider by whom our Judicatories are appointed, we ſhall find that we approach very near the Priviledge enjoyed by our Brethren, in England : At leaſt, we are in a Middle between them, and ſome of our Brethren in America, whoſe Judicatories are ereċted at Home, their Judges appointed from thence, and are removeable at Pleaſure.

Our Judicatories are ereċted by the General Court; — thus the Crown and Province are, finally, the Fountain of Juſtice. The Houſe of Repre-
ſentatives,

---

(1) Anc. Chart. 31, 2.

(2) In 1772 ſalaries were granted by the Crown to the Juſtices of the Superior Court, and they were forbidden to receive their uſual compenſation from the Legiſlature of the Province. This excited the greateſt alarm and indignation among the people, as an aċt which completed the dependence of the Judiciary on the Crown. Brigadier-General Brattle, ſenior member of the Council, in behalf of the government party, publiſhed an article in the "Maſſachuſetts Gazette," Jan. 4, 1773, in which he attempted to prove that the Judges' commiſſions were not, (as Hutchinſon here acknowledges,) during pleaſure, but for life. He was moſt concluſively anſwered by John Adams. 2 John Adams's Works, 316. 3 Ib. 511.

fentatives, in the Erection of a Court, are under no
Controul; and we muft prefume they will ever
conftitute fuch a Court as is agreeable to the old
Form of Government and the Tempers of the Peo-
ple. — This is certainly no fmall Priviledge.  The
Judges of this Court derive all their Power from
the Government; they are appointed by the King's
Governour, with the Advice and Confent of yᵉ
Council, and are only removeable by the Governour
and *Council* at Pleafure. — This, I think, amounts
to near the Priviledge of yᵉ People in England: —
*There*, the Judges hold *quamdiu, &c.*; and *here*, they
are difplaced by the Governour, *with the Confent of
Council.*  Now, unlefs you can fuppofe a Houfe of
Reprefentatives who would join in erecting Judica-
tories unknown to the Conftitution, and invefting
them with Powers inconfiftent with the Priviledges
of the People — the Governour and Council ap-
pointing Judges unworthy their Station, and remov-
ing them for their Integrity — this People are as
fecure, and as firmly eftablifhed in their *Liberties*, as
they are in Great Britain.  I know of no Difference.
Certainly, if they are not up to Great Britain, they
are the neareft that can be; — nearer than any other
Government on the Continent.  Senfible of this,
in a Converfation, fome Time ago, with one of the
Judges from New York, he exprefled his Surprife
at our happy Circumftances, relative to the Confti-
tution of our Courts and the Appointment and
Removal of our Judges.  There, they are appointed
from Home, and removed by the Governour at
Pleafure, and no one to call to Account.  Certainly,
Gentlemen, we cannot too highly value thefe Privi-
ledges.   It has, therefore, much excited my Won-
der

1768.

Charge to
the Grand
Jury.

*Qu.*

*Qu.*

der and Aftonifhment, when I have heard Men talk flightly of our Charter, as if it was not worth Anything at all. Such Perfons muft furely be very ignorant or very bad Men. Our Anceftors thought it, in their Day, a great Blefling; and what is there to alter its Nature fince their Time? What I have only now mentioned is enough to make it an Object of our higheft Regard.

This leads me to mention a Report which has lately prevailed, very much to my Surprife and Concern:— it has been given out, with a great Deal of Confidence, and believed, as I learn, by many People, that I have received from Great Britain a Commiffion to be Chief Juftice of this Court. The firft Time I ever faw or heard of any fuch Thing, was feeing it fuggefted in our publick Prints. — For a Judge of this Court to endeavour to obtain a Commiffion of this Sort, fo directly againft our Charter, would be unpardonable: He would, in my Opinion, be guilty, not only of Infidelity to yᵉ People, but of a plain Violation of his Oaths, by attempting an Innovation unknown to the Laws of the Land, and in Breach of yᵉ Charter of Government. I have been employed now, I think it is upwards of thirty Years, in publick Affairs, and I can fay, with yᵉ utmoft Sincerity, that I never attempted or countenanced, directly or indirectly, any Invafion of any one Priviledge the People are intituled to by the Royal Charter.

For the Reafon I mentioned in the Opening of this Charge, I fhall not, Gentlemen, be particular upon the Crown Matters.

You

You will, Gentlemen, diligently inquire of all Riots, unlawful Aſſemblies, flagrant Breaches of the Peace, Theft, Robberies, Burglaries, Murders, Treaſons and Felonies of every Kind, — all inflammatory, ſeditious Libels upon Government or the Rulers in Government, which tend to deſtroy all civil Peace, and ſtrike at the Root of all Order and Government; In ſhort, Gentlemen, every Crime and Offence of every Denomination comes with Propriety before you. If, when you come together, you find no Offences preſented, and none come within your own Obſervation and Knowledge, — in ſuch Caſe, you will find no Bills. — But if, when you come together, you have Offences brought before you, or others which moſt certainly fall within your own Knowledge and Obſervation, — in ſuch Caſes, you muſt find Bills : But, Gentlemen, if you negleƈt your Duty, from any Cauſe or Motive whatever, you are not only criminal in the Sight of God, by a direƈt Violation of your Oaths, but, inſtead of being the Aiders and Supporters of Peace, Order and good Government, and rendering that Service to the Country which is your indiſpenſable Duty, you do it the greateſt Diſſervice in your Power, by introducing the worſt of civil Evils.

My Abſence from the Court, and other Engagements, during this Term, prevented my taking any Minutes of Arguments at the Bar.